**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES DEPARTMENT OF**
**HOUSING AND URBAN DEVELOPMENT,**

    Appellant,

v.                                                                   Case No.  8:10-cv-1649-T-JSM

**DAZLBET PARTNERS, LLC,**

    Appellee.
_____/

**ORDER**

    THIS CAUSE comes before this Court upon Appellant's Motion for Leave to File an Interlocutory Appeal.  Under 28 U.S.C. § 158(a)(3), this Court may grant leave for a party to take an appeal from interlocutory orders and decrees of the bankruptcy court.  Appellees consent to Appellant's Motion.  This Court has reviewed the transmittal from the bankruptcy court and concludes that an interlocutory appeal is appropriate in these circumstances.

    It is therefore **ORDERED AND ADJUDGED** that:

    1.    Appellant's Motion for Leave to File an Interlocutory Appeal is **GRANTED**.

    2.    The parties shall designate items for the record of the appeal, file briefs, and file any other motions or items in accordance with the procedures, time limits, and limitations contained in the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States District Court for the Middle District of Florida.

    **DONE** and **ORDERED** in Tampa, Florida on August 5, 2010.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1649.bk motion to appeal.frm