# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES DEPARTMENT OF**
**HOUSING AND URBAN DEVELOPMENT,**

    **Appellant,**

**v.**                                              **Case No.  8:10-cv-1649-T-JSM**

**DAZLBET PARTNERS, LLC,**

    **Appellee.**

_____/

## ORDER

Before the Court is the Appellant's Voluntary Dismissal of Bankruptcy Appeal (Dkt.

#7).  Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This case is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on December 15, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2010\10-cv-1649.dismiss 7.wpd